1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINETTE JONES,

12                                         NO. Civ.S-06-1505 LKK/KJM
              Plaintiff,
13
         v.                                **ORDER RE DISPOSAL**
14                                         **DOCUMENTS AFTER**
      BALTIMORE LIFE INSURANCE             **NOTIFICATION OF SETTLEMENT**
15    COMPANY aka BALTIMORE LIFE,
      and DOES 1-25,
16
              Defendants.
17    _____/

18        Counsel for plaintiff has filed a Notice of Settlement in the

19    above-captioned case.  The court now orders that the dispositional

20    documents disposing of the case be filed no later than twenty (20)

21    days from the effective date of this order.

22        All hearing dates heretofore set in this matter are hereby

23    **VACATED.**

24    ////

25    ////

26    ////

                                    1

1      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4      IT IS SO ORDERED.

5      DATED:  August 24, 2007.

6

7      _____
       LAWRENCE K. KARLTON
8      SENIOR JUDGE
       UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26