1  Michael F. Babitzke, Esq. - SBN 50048
   Michael F. Babitzke, Inc.
2  6 South El Dorado Street, Suite 305
   Stockton, California 95202
3  Telephone: (209) 465-5722
   Facsimile: (209) 465-0714
4
   *Attorney for Plaintiff*
5  ANTOINETTE JONES

6
   Manatt, Phelps & Phillips, LLP
7  Henry C. Wang - SBN 196537
   Lydia Mendoza - SBN 247916
8  11355 West Olympic Boulevard
   Los Angeles, California 90064-1614
9  Telephone: (310) 312-4000
   Facsimile:   (310) 312-4224
10
   *Attorney for Defendant,*
11 BALTIMORE LIFE INSURANCE CO.

12

13
                    UNITED STATES DISTRICT COURT
14
                   EASTERN DISTRICT OF CALIFORNIA
15

16
   ANTOINETTE JONES,                      CASE NO.    2:06-CV01505-LKK-KJM
17
              Plaintiff,
18
   vs.                                    **STIPULATION FOR DISMISSAL OF
19                                         ENTIRE ACTION WITH PREJUDICE
   BALTIMORE LIFE INSURANCE               AND ORDER THEREON**
20 COMPANY aka BALTIMORE LIFE, and
   DOES 1-25,                             **[Fed. R. Civ Pro. 41(a)]**
21
              Defendants.
22 _____/

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between defendant Baltimore Life Insurance

2  Company, on the one hand, and plaintiff Antoinette Jones, on the other hand, by and

3  through their attorneys of record, Manatt, Phelps & Phillips, LLP and Michael F. Babitzke,

4  Inc., respectively, that the entire above-entitled action be dismissed with prejudice and that

5  each party is to bear its own costs.

6

7  Dated: September  13  , 2007          MICHAEL F. BABITZKE, INC.

8
                                        */s/ Michael F. Babitzke*
9
                                        _____
10                                       Michael F.  Babitzke
                                        Attorney for Plaintiff,
11                                       Antoinette Jones

12  Dated: September 12  , 2007          MANATT, PHELPS & PHILLIPS, LLP

13

14                                       */s/ Lydia M. Mendoza*

15                                       _____
                                        Lydia M. Mendoza
16                                       Attorney for Defendant,
                                        Baltimore Life Insurance Co.

17

18

19                        **ORDER**

20
   IT IS SO ORDERED.
21

22

23  Dated:   September 14, 2007

24

25  LAWRENCE K. KARLTON
    SENIOR JUDGE
26  UNITED STATES DISTRICT COURT

27

28                           2